IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: CV 09 80026 MISC

Karen J. Hamilton - #71093

_____/

**ORDER TO SHOW CAUSE**

It appearing that Karen J. Hamilton has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, she may not practice law in the State of California effective January 2, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why she should not be suspended from practice before this court, pending further notice from the State Bar of California, that her status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Karen J. Hamilton
Attorney at Law, Inc.
339 7th Street, #M
Hollister, CA 95023